AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Eric Gavelek Munchel<br>▓▓▓▓▓▓▓▓▓▓▓<br>and<br>Lisa Marie Eisenhart<br>▓▓▓▓▓▓▓▓▓▓▓<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00071<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/15/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 231(a)(3) | Civil Disorders |
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Carlos Fontanez, Special Agent FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   ____01/15/2021____

_____
*Judge's signature*

City and state:   _____Washington, D.C._____          Zia M. Faruqui U.S. Magistrate Judge
_____
*Printed name and title*