# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 21-mj-71-2 (ZMF)** |
| : | |
| **LISA MARIE EISENHART,** : | |
|    **Defendant.** : | |

## TRANSPORT ORDER

Having considered the United States' Motion, communicated via e-mail, to have the defendant Lisa Marie Eisenhart transported from the Middle District of Tennessee to the District of Columbia for further proceedings on the Complaint filed against her, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the Middle District of Tennessee to the District of Columbia for further proceedings in this matter.

DATE: January 26, 2021

                                            BERYL A. HOWELL
                                            CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA