# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-cr-00028-APM |
| v. | : | |
| | : | |
| THOMAS EDWARD CALDWELL | : | |
| DONOVAN RAY CROWL | : | |
| JESSICA MARIE WATKINS | : | |
| DEFENDANT(s) | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Jeffrey Nestler is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: February 3, 2020

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

 */s/ Jeffrey Nestler*
Jeffrey Nestler
D.C. Bar No. 978296
Assistant United States Attorney
For the District of Columbia
555 4th Street, NW
Washington, DC 20530
(202) 252-7277
Jeffrey.nestler@usdoj.gov